1  GREGORY P. DRESSER (CA SBN 136532)
   gdresser@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   wgarbers@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Plaintiff
   BRENDA FULLER

ORIGINAL FILED
07 SEP 25 PM 3:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

C 07 4957

| | |
|---|---|
| BRENDA FULLER | Case No. |
| Plaintiff, | PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| ASSOCIATION LIEN SERVICES, INC., ALS LIEN SERVICES, and KNOWLAND PARK TOWNHOUSE CONDOMINIUM ASSOCIATION, | |
| Defendants | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 25, 2007

GREGORY P. DRESSER
WENDY M. GARBERS
MORRISON & FOERSTER LLP

By: /s/ Wendy M. Garbers
    Wendy M. Garbers

Attorneys for Defendant
BRENDA FULLER

COPY

CERTIFICATION OF INTERESTED ENTITIES AND PARTIES
sf-2393323

1