1  GREGORY P. DRESSER (CA SBN 136532)
   gdresser@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   wgarbers@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

6  Attorneys for Plaintiff
   BRENDA FULLER
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 BRENDA FULLER                              Case No.   3:07-cv-04957-EMC

13                     Plaintiff,             **PROOFS OF SERVICE OF
                                              SUMMONS AND COMPLAINT**
14       v.

15 ASSOCIATION LIEN SERVICES, INC.,
   ALS LIEN SERVICES, and KNOWLAND
16 PARK TOWNHOUSE CONDOMINIUM
   ASSOCIATION,
17
                       Defendants
18

PROOFS OF SERVICE OF SUMMONS AND COMPLAINT
CASE NO. 3:07-CV-04957-EMC
sf-2407042

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
WENDY M. GARBERS (SBN 213208)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| BRENDA FULLER | CASE NUMBER |
|---|---|
| Plaintiff, | C 07 4957 |
| V. | |
| ASSOCIATION LIEN SERVICES, INC. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

in the within action by personally delivering true copies thereof to the person served as follows:

Served          : KNOWLAND PARK TOWNHOUSE CONDOMINIUM ASSOCIATION

By serving      : Samantha Wright, Authorized Agent

Address         : Bay Area Property Services
                  2960 Camino Diablo Street, Suite 210
                  Walnut Creek, CA 94596

Date of Service : September 28, 2007

Time of Service : 2:16 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 28, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco
Number 786

Signature: _____
ERNEST B. FOXMAN

223021

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| GREGORY P. DRESSER, Bar #136532<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105 | | | | |
| Telephone No: 415-268-7000  FAX No: 415-276-7182 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: BRENDA FULLER | | | | |
| Defendant: ASSOCIATION LIEN SERVICES, INC., ET AL. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-4957 EMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; EFC REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served:        ALS LIEN SERVICES
   b. Person served:      ARAM HOMANPOUR, CONTROLLER., SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   11900 W. OLUMPIC BL.
                                         #700
                                         LOS ANGELES, CA 90064

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Oct. 01, 2007 (2) at: 4:39PM

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICARDO PAZ                                      d. The Fee for Service was:
   
   First Legal Support Services                        e. I am: (3) registered California process server
   ATTORNEY SERVICES                                       (i)   Independent Contractor
   1511 BEVERLY BOULEVARD                                  (ii)  Registration No.:    3267
   Los Angeles, CA 90026                                   (iii) County:              Los Angeles
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Oct. 04, 2007

Judicial Council Form                   PROOF OF SERVICE                    (RICARDO PAZ)
Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL CASE                                 3918608.gredr.89224

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>GREGORY P. DRESSER, Bar #136532<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-7000    FAX No: 415-276-7182 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* BRENDA FULLER | | |
| *Defendant:* ASSOCIATION LIEN SERVICES, INC., ET AL. | | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07-4957 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; EFC REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. *Party served:*  ASSOCIATION LIEN SERVICES, INC.
   b. *Person served:*  DAVID C. SWEDELSON, AGENT FOR SERVICE., SERVED UNDER C.C.P. 415.20.

4. *Address where the party was served:*  11900 W. OLYMPIC BLVD.
   #700
   LOS ANGELES, CA 90064

5. *I served the party:*
   b. **by substituted service.** On: Wed., Oct. 10, 2007 at: 4:15PM by leaving the copies with or in the presence of:
   "JANE DOE", Caucasian, Female, 40 Years Old, Brown Hair, Brown Eyes, 5 Feet 8 Inches, 155 Pounds, RECEPTIONIST., SERVED UNDER C.C.P. 415.20.
   (1) **(Business)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICARDO PAZ
   
   **First Legal Support Services**
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197
   
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.:    3267
       (iii) County:    Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*
   Date: Mon, Oct. 15, 2007

   (RICARDO PAZ)

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | 3921493.gredr.90216 |
|---|---|---|

| *Attorney or Party without Attorney:*<br>GREGORY P. DRESSER, Bar #136532<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-268-7000   *FAX No:* 415-276-7182 | *For Court Use Only* |
|---|---|
| *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* BRENDA FULLER | |
| *Defendant:* ASSOCIATION LIEN SERVICES, INC., ET AL. | |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07-4957 EMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; EFC REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Oct. 10, 2007
   b. Place of Mailing:        LOS ANGELES, CA  90026
   c. Addressed as follows:    ASSOCIATION LIEN SERVICES, INC.
                               11900 W. OLYMPIC BLVD.
                               #700
                               LOS ANGELES, CA  90064
                               Attn: David C. Swedelson

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Oct. 10, 2007 in the ordinary course of business.

5. Person Serving:                                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Thomas Tilcock                                  d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                    e. I am: Not a Registered California Process Server
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA  90026
   c. (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon, Oct. 15, 2007

   Judicial Council Form                    PROOF OF SERVICE                    (Thomas Tilcock)
   Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail                                          3921493.gredr.90216

GREGORY P. DRESSER (CA SBN 136532)
gdresser@mofo.com
WENDY M. GARBERS (CA SBN 213208)
wgarbers@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
BRENDA FULLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA FULLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ASSOCIATION LIEN SERVICES, INC., ALS LIEN SERVICES, and KNOWLAND PARK TOWNHOUSE CONDOMINIUM ASSOCIATION,<br><br>　　　　　　Defendants | Case No.   3:07-CV-04957-EMC<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

Certificate of Service
sf-2404145

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**SUMMONS;**

**CIVIL COVER SHEET;**

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;**

**COMPLAINT;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;** and

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

David C. Swedelson
Swedelson & Gottlieb
11900 W Olympic Boulevard #700
Los Angeles, CA 90064

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 11th day of October, 2007.

Marci Marcantonio
(typed)                                   (signature)

Certificate of Service
sf-2404145