| | |
|---|---|
| 1 | GREGORY P. DRESSER (CA SBN 136532) |
| | gdresser@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
| | wgarbers@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Plaintiff |
| | BRENDA FULLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BRENDA FULLER, | Case No.   3:07-cv-04957-EMC |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE OF CASE MANAGEMENT CONFERENCE ORDER** |
| v. | |
| ASSOCIATION LIEN SERVICES, INC., ALS LIEN SERVICES and KNOWLAND PARK TOWNHOUSE CONDOMINIUM ASSOCIATION, | |
| Defendants. | |

Certificate of Service
sf-2408691

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 19, 2007, I served a copy of:

**CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

[x] **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Knowland Park Townhouse Condominium
Association
c/o Bay Area Property Services
2960 Camino Diablo Street, Suite 210
Walnut Creek, CA 94596

Sandra L. Gottlieb                                   Attorney for ALS Lien Services
11900 W. Olympic Boulevard #700
Los Angeles, CA 90064

David C. Swedelson                                   Attorneys for Association Lien Services,
Swedelson & Gottlieb                                 Inc.
11900 W. Olympic Boulevard #700
Los Angeles, CA 90064

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 19th day of October, 2007.

_____              _/s/ Marci Marcantonio_____
Marci M. Marcantonio                                            (signature)
(typed)

Certificate of Service                                    2
sf-2408691