```
 1  GREGORY P. DRESSER (CA SBN 136532)
    gdresser@mofo.com
 2  WENDY M. GARBERS (CA SBN 213208)
    wgarbers@mofo.com
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, California 94105-2482
    Telephone: 415.268.7000
 5  Facsimile: 415.268.7522

 6  Attorneys for Plaintiff
    BRENDA FULLER
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BRENDA FULLER, | Case No.   3:07-cv-04957-EMC |
|---|---|
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| ASSOCIATION LIEN SERVICES, INC., ALS LIEN SERVICES and KNOWLAND PARK TOWNHOUSE CONDOMINIUM ASSOCIATION, | |
| Defendants. | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Plaintiff BRENDA FULLER hereby voluntarily consents to have United States Magistrate Judge Edward M. Chen conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 27, 2007

GREGORY P. DRESSER
WENDY M. GARBERS
MORRISON & FOERSTER LLP

By:   /s/ Wendy M. Garbers
          Wendy M. Garbers

Attorneys for Plaintiff
BRENDA FULLER

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 27, 2007, I served a copy of:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Knowland Park Townhouse Condominium Association
c/o Bay Area Property Services
2960 Camino Diablo Street, Suite 210
Walnut Creek, CA 94596

| | |
|---|---|
| Sandra L. Gottlieb<br>11900 W. Olympic Boulevard #700<br>Los Angeles, CA 90064 | Attorney for ALS Lien Services |
| David C. Swedelson<br>Swedelson & Gottlieb<br>11900 W. Olympic Boulevard #700<br>Los Angeles, CA 90064 | Attorneys for Association Lien Services, Inc. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 27th day of November, 2007.

_____     _____
Linda Roiz                                                    (signature)
(typed)