GREGORY P. DRESSER (CA SBN 136532)
gdresser@mofo.com
WENDY M. GARBERS (CA SBN 213208)
wgarbers@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
BRENDA FULLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA FULLER,<br><br>        Plaintiff,<br><br>v.<br><br>ASSOCIATION LIEN SERVICES, INC., ALS LIEN SERVICES and KNOWLAND PARK TOWNHOUSE CONDOMINIUM ASSOCIATION,<br><br>        Defendants. | Case No.   3:07-cv-04957-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff BRENDA FULLER hereby voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: November 28, 2007                    GREGORY P. DRESSER
                                            WENDY M. GARBERS
                                            MORRISON & FOERSTER LLP


                                            By:   Gregory P. Dresser
                                                  Gregory P. Dresser

                                            Attorneys for Plaintiff
                                            BRENDA FULLER

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 28, 2007, I served a copy of:

**NOTICE OF VOLUNTARY DISMISSAL**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Knowland Park Townhouse Condominium Association
c/o Bay Area Property Services
2960 Camino Diablo Street, Suite 210
Walnut Creek, CA 94596

| | |
|---|---|
| Sandra L. Gottlieb<br>11900 W. Olympic Boulevard #700<br>Los Angeles, CA 90064 | Attorney for ALS Lien Services |
| David C. Swedelson<br>Swedelson & Gottlieb<br>11900 W. Olympic Boulevard #700<br>Los Angeles, CA 90064 | Attorneys for Association Lien Services, Inc. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 28th day of November, 2007.

_____Linda Roiz_____     _____(signature)_____
         (typed)